# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIMBERLY MOREHEAD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 8:22-CV-00120 |
| v. ) | |
| ) | |
| **FISERV SOLUTIONS, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## OATH OF ADMISSION BY PRO HAC VICE
## APPLICANT GARY B. EIDELMAN

I, the undersigned attorney, pursuant to NeGenR 1.7(e) state that:

As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America

Dated: April 15, 2022

*/s/ Gary B. Eidelman*

_____
SAUL EWING ARNSTEIN & LEHR LLP
Gary B. Eidelman
500 E. Pratt Street
Suite 900
Baltimore, MD 21202
Phone: 410.332.8975
Facsimile: 410.332.8976
Email: gary.eidelman@saul.com

39923629.1