## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY MOREHEAD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FISERV SOLUTIONS, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.   8:22-CV-00120 <br><br> **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM** |

COMES NOW, Plaintiff/Counter-Defendant Kimberly Morehead ("Morehead") by and through her counsel, states as follows for her Answer and Affirmative Defenses to Defendant/Counter-Plaintiff Fiserv Solutions, LLC ("Fiserv Solutions") Counterclaim:

1. Admit the allegations in Paragraph 1 of the Counterclaim.

2. Admit the allegations of Paragraph 2 of the Counterclaim.

3. Deny the allegations of Paragraph 3 of the Counterclaim.

4. Admit the allegations of Paragraph 4 of the Counterclaim.

5. Admit that Fiserv, Inc. and Morehead executed a Release of Claims incorporating the Restrictive Covenant Agreement. Morehead has insufficient knowledge to either admit or deny the rest of the allegation of Paragraph 5 of the Counterclaim, and therefore to the extent a further response is required, the allegations are denied.

6. The allegations in Paragraph 6 of the Counterclaim refer to documents, the contents of which speak for themselves. To the extent a further response is required, the allegations are denied.

7. Deny the allegations of Paragraph 7 of the Counterclaim.

8. Morehead has insufficient knowledge to either admit or deny the allegations of Paragraph 8 of the Counterclaim, and therefore the allegations are denied.

9. Admit the allegations of Paragraph 9 of the Counterclaim.

10. Deny the allegations in Paragraph 10 of the Counterclaim.

11. Admit that Morehead accepted employment with PSCU but denies the rest of the allegations of Paragraph 11 of the Counterclaim.

12. Deny the allegations of Paragraph 12 of the Counterclaim.

13. Admit the allegations of Paragraph 13 of the Counterclaim.

14. Deny the allegations of Paragraph 14 of the Counterclaim.

15. Counter-Plaintiff reasserts its prior assertions. To the extent a further response is required, the allegations of Paragraph 15 are denied.

16. Deny the allegations of Paragraph 16 of the Counterclaim.

17. Deny the allegations of Paragraph 17 of the Counterclaim.

18. Morehead has insufficient knowledge to either admit or deny the allegations of Paragraph 18 of the Counterclaim, and therefore the allegations are denied.

19. Deny the allegations of Paragraph 19 of the Counterclaim.

20. Deny the allegations of Paragraph 20 of the Counterclaim.

21. Deny the allegations of paragraph 21 of the Counterclaim.

22. Counter-Plaintiff reasserts its prior assertions. To the extent a further response is required, the allegations of Paragraph 15 are denied.

23. Deny the allegations of Paragraph 23 of the Counterclaim.

24. Admit the allegations of Paragraph 24 of the Counterclaim.

25. Deny the allegations of Paragraph 25 of the Counterclaim.

26. Deny the allegations of Paragraph 26 of the Counterclaim.

## **GENERAL DENIAL**

27. Deny each and every allegation of the Counterclaim, save and except those allegations expressly admitted herein to be true and those allegations that constitute an admission against the interests of Counter-Plaintiffs.

## **AFFIRMATIVE DEFENSES**

Without assuming the burden of proof as to any matter on which Counterclaim Plaintiffs bear such burden, and without waiving any of the specific denials set forth in the Answer above, Counter-Defendant's state and allege for its additional and/or affirmative defenses as follows:

28. Counter-Plaintiffs fail to state a claim on which relief can be granted.

29. Counter-Plaintiffs did not and cannot suffer any damages in connection with the conduct they attribute to Counter-Defendant in the Counterclaim.

30. Counter-Defendant acted in good faith, with ordinary care and prudence, and did not violate any laws or contractual agreements.

31. Counter-Defendant is estopped from claiming damages in this matter.

32. Counter-Defendant is barred from discovery under the doctrines of unclean hands and laches.

33. Counter-Defendant reserves the right to assert additional affirmative defenses.

**DATED** this 11th day of May, 2022.

                KIMBERLY MOREHEAD, Plaintiff/Counter-Defendant

              BY /s/Raymond R. Aranza
                  Raymond R. Aranza # 18523
                  Walentine, O'Toole, LLP
                  11240 Davenport Street
                  Omaha, NE 68154
                  Phone: (402) 330-6300
                  Fax: (402) 330-6303
                  Email: raranza@womglaw.com
                  Attorney for Plaintiff/Counter-Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of May, 2022, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to all parties:

                  /s/Raymond R. Aranza
                  Raymond R. Aranza, #18523