IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY MOREHEAD,<br><br>    Plaintiff,<br><br>vs.<br><br>FISERV SOLUTIONS, LLC,<br><br>    Defendant. | **8:22CV120**<br><br>**ORDER** |

Defendant/Counter Claimant Fiserv Solutions, LLC has filed an unopposed motion to join Fiserv, Inc. as a necessary or permissive party under Federal Rule of Civil Procedure 19 or Federal Rule of Civil Procedure 20.

Accordingly,

IT IS ORDERED

1) Fiserv Solutions, LLC's motion is granted (Filing No. 13). The clerk is instructed to add Fiserv, Inc as a party defendant.

2) On or before June 9, 2022, Plaintiff shall file any amended complaint.

3) Defendants shall file any response to the operative pleading on or before July 7, 2022.

Dated this 26th day of May, 2022.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge