IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY MOREHEAD,<br><br>  Plaintiff,<br><br>vs.<br><br>FISERV SOLUTIONS, LLC, and FISERV, INC,<br><br>  Defendants. | **8:22CV120**<br><br>**ORDER** |

On May 26, 2022, the court entered an order (Filing No. 15) adding Fiserv, Inc. as a party defendant. Further, the court ordered the plaintiff to file an amended complaint on or before June 9, 2022, and the defendants to file a responsive pleading on or before July 7, 2022. At this time, no amended pleadings have been filed and no formal entry of appearance has been entered on behalf of Defendant Fiserv, Inc.

Accordingly,

IT IS ORDERED

1) A telephone conference will be held on August 19, 2022, at 11:00 a.m. to discuss the status of the parties' pleadings and Fiserv, Inc.'s representation. The parties will use the case conference instructions (Filing No. 17) assigned to this case to participate in the call.

2) The above-referenced conference will be canceled if the pleadings are corrected to name the Fiserv Inc. as a defendant and an attorney formally enters an appearance as counsel for Fiserv, Inc.

Dated this 9th day of August, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge