**IN THE UNITED STATES COURT**
**DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| KIMBERLY MOREHEAD, | ) | **CASE NO. 8:22-CV-00120** |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | **MOTION TO FILE AMENDED** |
| | ) | **COMPLAINT OUT OF TIME** |
| FISERV SOLUTIONS, LLC, and | ) | |
| FISERV, INC. | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs | ) | |

Comes now, Plaintiff/Counter-Defendant, and hereby requests leave to Amend her complaint out of time.  Plaintiff is requesting leave to file this Amended Complaint as ordered by the Court in Filings 15 and 19.

Wherefore, Plaintiff requests permission to file her Amended Complaint. A copy of this Complaint is attached hereto and made a part hereof.

KIMBERLY MOREHEAD, Plaintiff

By: /s/Raymond R. Aranza
Raymond R. Aranza #18523
Walentine O'Toole, LLP
11240 Davenport Street
P. O. Box 540125
Omaha, NE 68154
Phone: (402) 330-6300
Fax: (402) 330-6303
raranza@walentineotoole.com
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of August, 2022, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Kenneth M. Wentz, III
JACKSON LEWIS, PC
10050 Regency Circle, Suite 400
Omaha, NE 68114
Kenneth.wentz@jacksonlewis.com

/s/Raymond R. Aranza
Raymond R. Aranza, #18523

4882-1409-9501, v. 1