# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIMBERLY MOREHEAD,** )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>**FISERV SOLUTIONS, LLC, and** )<br>**FISERV, INC.,** )<br>)<br>    Defendants/Counter-Plaintiffs. )<br>) | Case No.: 8:22-cv-00120 |

## DEFENDANTS' MOTION TO WITHDRAW GARRETT P. BUTTREY AS COUNSEL OF RECORD FOR DEFENDANTS

Pursuant to General Local Rule 1.3(f) of the U.S. District Court for the District of Nebraska, Defendants Fiserv Solutions, LLC and Fiserv, Inc. ("Defendants") respectfully move this Court for an Order withdrawing the appearance of Garrett P. Buttery, admitted *pro hac vice*, as counsel for Defendants in the above captioned action for the following reasons:

    1.    Garrett P. Buttrey is no longer associated with the law firm of Saul Ewing Arnstein & Lehr, LLP;

    2.    Kenneth M. Wentz III of Jackson Lewis, P.C. and Gary B. Eidelman of Saul Ewing Arnstein & Lehr, LLP will remain as counsel for Defendants in this action;

    3.    Withdrawal of Garrett P. Buttrey will not have a material adverse effect on Defendants, which shall continue to be represented by the law firms of Jackson Lewis, P.C. and Saul Ewing Arnstein & Lehr, LLP; and

    4.    Counsel for Defendants will serve this Motion on Defendants contemporaneously with filing it.

40528012.1

WHEREFORE, Defendants respectfully request an Order withdrawing the appearance of Garrett P. Buttrey as counsel of record for Defendants.

Dated: September 28, 2022.          Respectfully submitted,

                                               JACKSON LEWIS, P.C.

By:    *Kenneth M. Wentz III*
           Kenneth M. Wentz III
           Jackson Lewis, P.C.
           10050 Regency Drive, Ste. 400
           Omaha, NE 68114
           Phone: 402.391.1991
           Facsimile: 402.391.3767
           Email: Kenneth.Wentz@jacksonlewis.com

           SAUL EWING ARNSTEIN & LEHR LLP
           Gary B. Eidelman (*admitted pro hac vice*)
           500 E. Pratt Street
           Suite 900
           Baltimore, MD 21202
           Phone: 410.332.8975
           Facsimile: 410.332.8976
           Email: gary.eidelman@saul.com

           *Counsel for Defendants/Counter-Plaintiffs*
           *Fiserv Solutions, LLC and Fiserv, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

WALENTINE O'TOOLE, LLP
Raymond R. Aranza
11240 Davenport Street
Omaha, NE 68154
Phone: 402.330.6300
Email: raranza@walentineotoole

*Counsel for Plaintiff/Counter-Defendant, Kimberly Morehead*

*Kenneth M. Wentz III*
Kenneth M. Wentz III

40528012.1