# `IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY MOREHEAD, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>FISERV SOLUTIONS, LLC, and )<br>FISERV, INC. )<br>)<br>Defendants/Counter-Plaintiffs ) | **CASE NO. 8:22-CV-00120**<br><br>**JOINT STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The Parties, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to a dismissal with prejudice of all claims and counterclaims, with each party to bear their own costs, expenses and fees.

/s/ Raymond R. Aranza
Raymond R. Aranza #18523
Walentine O'Toole, LLP
11240 Davenport Street
Omaha, Nebraska 68154
Phone: 402-330-6300
Fax:    402-330-6303
E-Mail: raranza@womglaw.com

*Counsel for Plaintiff/Counter-Defendant*
*Kimberly Morehead*

/s/ Kenneth M. Wentz, III
Kenneth M. Wentz, III # _____
Jackson Lewis, PC
10050 Regency Circle, Suite 400
Omaha, NE 68114
Phone: Phone: 402-391-1991
Fax : 402-391-3767
E-Mail : kenneth.wentz@jacksonlewis.com

Gary B. Eidelman (*pro hac vice*)
Saul Ewing LLP
1001 Fleet Street. 9th Floor
Baltimore, MD 21202-3133
gary.eidelman@saul.com

*Counsel for Defendant/Counter-Plaintiffs*
*Fiserv Solutions, LLC and Fiserv, Inc.*

SO ORDERED this ___ day of April 2023

_____
United States District Judge

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ____ day of April, 2023, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Kenneth M. Wentz, III
JACKSON LEWIS, PC
10050 Regency Circle, Suite 400
Omaha, NE 68114
Kenneth.wentz@jacksonlewis.com

Gary B. Eidelman
Saul Ewing Arnstein & Lehr, LLP
500 E. Pratt Street
Suite 900
Baltimore, MD 21202-3133
Gary.Eidelman@saul.com

        /s/Raymond R. Aranza
        Raymond R. Aranza, #18523